# United States District Court

__EASTERN__ DISTRICT OF __MICHIGAN__

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| JAMES ANDREW POWELL | CASE NUMBER: **07-30417** |
| (Name and Address of Defendant) | |

FILED
SEP 0 5 2007
CLERK'S OFFICE
DETROIT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 29, 2007__ in __Wayne__ county, in the __Eastern__ District of __Michigan__ defendant, did (Track Statutory Language of Offense)

knowingly, willfully and unlawfully move and travel in interstate commerce; to wit: from Michigan with the intent and purpose of avoiding prosecution in violation of Title __18__ United States Code, Section(s) __1073__, Unlawful Flight to Avoid Prosecution.

I further state that I am a __Task Force Agent, (FBI)__ and that this complaint is based on the following facts:
Official Title

(SEE ATTACHED AFFIDAVIT)

Continued on the attached sheet and made a part hereof: [X]   Yes [ ]   No

_____
Signature of Complaint
TFA Robert Bulgarelli
Federal Bureau of Investigation

Bureau of Investigation
Sworn to before me and subscribed in my presence,

September 5, 2007                              at    Detroit, Michigan
Date                                                          City and State

Hon. Donald R. Scheer, U.S. Mag. Judge, EDM
Name & Title of Judicial Officer                       Signature of Judicial Officer

<u>A F F I D A V I T</u>

Task Force Agent Robert Bulgarelli, Federal Bureau of Investigation, after being duly sworn, deposes and says the following:

1. On July 31, 2007, a warrant was issued in the 36th District Court, Wayne County, Detroit, Michigan, charging James Andrew Powell, defendant herein, with Murder, Attempted Murder and Felon in Possession of a Firearm, which are felonies under the laws of the State of Michigan. The Detroit Police Department (DPD) is currently holding a valid warrant for the arrest of the defendant on the charges stated above based on the alleged crimes.

2. On August 21, 2007, the Office of the Prosecuting Attorney, Wayne County, Detroit, Michigan, requested assistance from the Federal Bureau of Investigation, in effort to locate and apprehend the defendant based on the recommendation of the Detroit Police Department.

3. Investigation conducted by the Detroit Police Department has revealed that the defendant, angered over $100.00 debt, opened fire with a handgun fatally wounding a 37 year-old male. The defendant then opened fire with the handgun at two male relatives of the victim standing nearby who witnessed the shooting. These shots missed their target. The defendant fled the scene.

The defendant was subsequently charged with Murder, Attempted Murder, Felon in Possession of a Firearm, Felony Firearm and Habitual Offender Second.

4. The defendant's girlfriend was present at the scene along with additional witnesses who were known to the defendant and have identified the defendant. The defendant has been profiled in the media. The defendant is aware of his fugitive status.

5. An intense search conducted by the Detroit Police Department in an attempt to locate and apprehend the defendant has not disclosed the exact whereabouts of the defendant who has been missing from his normal home and residence since the date of the alleged crime.

6. Further investigation conducted by the Detroit Police Department and the Detroit Major Crimes Task Force has developed information to reasonably believe that, due to extensive media profiling of the defendant, he has fled the State of Ohio, with the intent and purpose of avoiding prosecution on charges of the alleged crime.

7. The above is known to the undersigned to be true through reliable information obtained from results of investigation conducted by the Detroit Police Department and the Detroit Major Crimes Task Force and the affiant.

_____
TFA Robert Bulgarelli
Federal Bureau of Investigation


Sworn to before me and subscribed in
my presence this  5th    day of September  2007

_____
United States Magistrate Judge
Donald A. Scheer